FELIX C. GIULIANO and Others, Appellants, v. ROSE CIUCI, Appellant, Impleaded with PASQUALE TRISTINI, Defendant. FELIX C. GIULIANO, One of the Plaintiffs Appearing Specially, Respondent.— Order reversed, with ten dollars costs and disbursements to be paid by the respondent Felix C. Giuliano, and motion denied, with ten dollars costs. The order appealed

from changes in substantial matters a judgment duly rendered by a Special Term of the Supreme Court after a trial of the issues, and duly entered on October 23, 1914. This violates the well-settled rule that a trial court has no revisory or appellate jurisdiction to correct by amendment error in substance affecting a judgment. (*Herpe* v. *Herpe*, 225 N. Y. 323.) Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.